IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED

03 MAY 16 PH 2:21

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| Lydia Hovanski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  CV-03-S-0838-S |
| | ) | |
| American Income Life Insurance Company; | ) | |
| Office and Professional Employees | ) | |
| International Union Local No. 277, | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER OF DEFENDANT OFFICE AND PROFESSIONAL EMPLOYEES
INTERNATIONAL UNION LOCAL NO. 277**

Comes now Office and Professional Employees International Union Local No. 277 and

submits its Answer to Plaintiff's Complaint as follows:

**AFFIRMATIVE DEFENSES**

1.     Plaintiff's claim against Defendant Local 277 is barred as a result of Plaintiff's

failure to invoke and exhaust available contractual remedies.

2.     Plaintiff's claim against Defendant Local 277 is barred as a result of Plaintiff's

failure to invoke and exhaust internal union remedies.

3.     Plaintiff's Complaint fails to state a claim upon which relief can be granted

against Defendant Local 277.

4.     Plaintiff's claims against Defendant Local 277 are barred by applicable periods of

limitation.

5.     Plaintiff's claims are not within the jurisdiction of this Court.

## ANSWER TO THE ALLEGATIONS OF THE COMPLAINT

6. Defendant, Local 277 acknowledges Plaintiff's assertion of jurisdiction set forth in Paragraph 1 of the Complaint but denies that any of the asserted bases for jurisdiction is applicable to Plaintiff's claim against Local 277.

7. Defendant Local 277 admits the allegations of paragraphs 3 through 5 of the Complaint.

8. Pursuant to agreement of Plaintiff's counsel that paragraphs 2 and 10 through 43 of the Complaint are not directed against Defendant Local 277, no answer to such paragraphs is necessary or appropriate.

9. Defendant Local 277 denies the allegations of paragraphs 44, 47, 48, 49 and 50 of the Complaint.

10. Defendant Local 277 admits the allegations of paragraphs 45 and 46 of the Complaint.

Richard P. Rouco
Attorney for Defendant OPEIU local 277

OF COUNSEL:
Whatley Drake, LLC
Post Office Box 10647
Birmingham, Alabama 35202-0647
Phone: (205) 328-9576
Fax:     (205) 328-9669

James L. Hicks, Jr.
James L Hicks, Jr., P.C.
2777 N. Stemmons Freeway, Suite 1100
Dallas, Texas 75207-2284
Phone: (214) 630-8621
Fax:     (214) 630-9286

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via United States mail, postage prepaid and properly addressed, on the _10_ day of _May_____, 2003, to the following:

Jon Goldfarb, Esq.
Gordon, Silberman, Wiggins & Childs, P.C.
420 North 20th Street, Suite 1400
Birmingham, Alabama 35203

_____
Of Counsel

3