# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LYDIA HOVANSKI,**         ) | |
|     )       | |
|     **Plaintiff,**          ) | |
|     )       | |
| **vs.**                     ) | **CIVIL ACTION NO.:** |
|     )       | **CV-03-HS-0838-S** |
|     )       | |
|     )       | |
| **AMERICAN INCOME LIFE**    ) | |
| **INSURANCE COMPANY;**      ) | |
| **REA AGENCY CORPORATION,** ) | |
| **ALLAN JENNINGS, in his official** ) | |
| **capacity as State General Agent** ) | |
| **for AMERICAN INCOME LIFE** ) | |
| **INSURANCE COMPANY and**   ) | |
| **individually, and OFFICE AND** ) | |
| **PROFESSIONAL EMPLOYEES**  ) | |
| **INTERNATIONAL UNION,**    ) | |
| **LOCAL 277**               ) | |
|     )       | |
|     **Defendants**          ) | |

### JOINT STIPULATION OF DISMISSAL OF DEFENDANT OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION LOCAL NO. 277

COME NOW plaintiff Lydia Hovanski and defendant Office and Professional Employees International Union Local No. 277, by and through their respective counsel, and hereby stipulate to the dismissal with prejudice of all claims and causes of actions filed by the plaintiff against defendant Office and Professional Employees International Union Local No. 277.  This stipulation of

dismissal is not applicable to the remaining defendants.

Under this stipulation the plaintiff and defendant Office and Professional Employees International Union Local No. 277 will bear her/its own costs. This stipulation of dismissal does not affect plaintiff's claims against any other defendant in the case.

| Attorneys for Plaintiff | Attorney for Defendant |
|---|---|
| Lydia Hovanski | Office and Professional Employees International Union Local No. 277 |
| /s/Maury S. Weiner | /s/ Richard P. Rouco |
| Jon C. Golfarb | Richard P. Rouco |
| Maury S. Weiner | Whatley Drake, LLC |
| Wiggins, Childs, Quinn, & Pantazis, LLC | P.O. Box 10647 |
| The Kress Building | Birmingham, Alabama |
| 301 19th Street North | 35202-0647 |
| Birmingham, Alabama 35203 | |