# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LYDIA HOVANSKI,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: CV-03-838-VEH |
| | ) |
| **AMERICAN INCOME LIFE** | ) |
| **INSURANCE CO., et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PRO TANTO DISMISSAL

On September 23, 2005, the plaintiff ("Hovanski") and defendant Office and Professional Employees International Union Local No. 277 ("Local No. 277"), by and through there respective counsel, filed a Joint Stipulation of Dismissal of Local No. 277 (doc. 111). Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that all claims asserted by Hovanski against Office and Professional Employees International Union Local No. 277 hereby are **DISMISSED with prejudice**, each party to bear its own costs.

**DONE** and **ORDERED** this 27th day of September, 2005.

**VIRGINIA EMERSON HOPKINS**
United States District Judge