FILED

2006 Feb-27  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LYDIA HOVANSKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **AMERICAN INCOME LIFE** | ) | |
| **INSURANCE COMPANY;** | ) | |
| **ALLAN JENNINGS and** | ) | |
| **REA AGENCY CORPORATION,** | ) | |
| | ) | **CV-03-HS-0838-S** |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS/COUNTERCLAIM PLAINTIFFS  THE REA AGENCY CORPORATION AND ALLAN JENNINGS AND PLAINTIFF/COUNTERCLAIM DEFENDANT LYDIA HOVANKSI

**COME NOW** the Plaintiff/Counterclaim Defendant, Lydia Hovanski, and Defendants/Counterclaim Plaintiffs, Allan Jennings and REA Agency Corporation, by and through their respective counsel, and hereby stipulate to the dismissal with prejudice of all claims and causes of actions filed by plaintiff/counterclaim defendant Hovanksi against defendants/counterclaim plaintiffs Allan Jennings and REA Agency Corporation and all claims brought by defendants/counterclaim plaintiffs REA Agency Corporation and Allan Jennings against plaintiff/counterclaim defendant Lydia Hovanski,

with costs taxed as paid.   This stipulation of dismissal is not applicable and should not affect the claims brought by Hovanksi against defendant American Income Life Insurance Company.

Respectfully submitted,

*s/ Jenna M. Bedsole*
Stephen E. Whitehead (WHI006)
Jennifer M. Bedsole  (MCC107
Rachel E. VanNortwick (VAN040)
Attorneys for REA Agency
Corporation and Allan Jennings

**OF COUNSEL:**
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone:  (205) 967-8822
Facsimile:   (205) 967-2380

 **s/Maury S. Weiner**
Jon C. Goldfarb
Maury S. Weiner
Counsel for
Lydia Hovanski

**OF COUNSEL:**

Wiggins, Childs, Quinn & Pantazis, LLC
301 19TH Street North
Birmingham, AL  35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

Sally Broatch Waudby
Lehr, Middlebrooks, Price & Vreeland, P.C.
Post Office Box 11945
Birmingham, AL  35202-1945

*s/ Jenna M. Besole*
OF COUNSEL
